**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

In re:                                                              Chapter 11 Cases

CHS FL, LLC,[1]                                          Case No. 2:26-bk-01087-FMR
                                                                  Jointly Administered

         Debtors.

_____/

### MOTION FOR ADMISSION OF D. CAMERON MOXLEY TO PRACTICE
### *PRO HAC VICE*, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT

D. CAMERON MOXLEY of Brown Rudnick LLP ("Movant"), pursuant to Local Rule

2090-1, moves this Court for admission *pro hac vice*, to appear in these cases, as counsel for

creditor, Michael Zimmerman in his capacity as Trustee of the Tehum Care Services PI/WD Trust,

and all others similarly situated, and states as follows:

1.      Movant is an attorney licensed to practice law and is a member of good standing

of the state bar in New York and Connecticut.

2.      Movant designated Jeffrey S. Ainsworth, a resident Florida attorney of the law firm

of Branson Ainsworth PLLC, who is qualified to practice in this Court and who consents to

designation as local counsel. Local counsel's written designation and consent to act is attached

hereto as **Exhibit A**.

3.      Movant certifies that he has never been disbarred and is not currently suspended

from the practice of law in the State of New York, the State of Connecticut, or any other state, nor

from any United States Bankruptcy Court, District Court or Court of Appeals.

---

[1] The address of the Lead Debtor is 3347 Tamiami Trail E., Naples, FL 34112. The last four digits of the Debtors' federal tax identification numbers are: (i) CHS FL, LLC (5547); (ii) YesCare Corp. (5961) (iii) CHS TX, Inc. (5886); and (iv) CHS AL, LLC (0801).

1

4.      Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida.

5.      Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the Middle District of Florida District Court and the Fort Myers Division of the United States District Court.

6.      Within fourteen days of the date of an order granting this Motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00, accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

**WHEREFORE,** Movant respectfully requests entry of an order authorizing his admission to practice and represent Michael Zimmerman in his capacity as Trustee of the Tehum Care Services PI/WD Trust in this case.

Dated: May 11, 2026

 */s/ D. CAMERON MOXLEY*
D. CAMERON MOXLEY
New York Bar No. 4340691
**Brown Rudnick**
7 Times Square
New York, NY 10036
Phone:  (212) 209-4800
E-Mail: dmoxley@brownrudnick.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2026, a true and correct copy of the foregoing has been filed with the Court's electronic CM/ECF Filing System, which will provide electronic notice to all registered parties.

*/s/ Jeffrey S. Ainsworth*
JEFFREY S. AINSWORTH
Florida Bar No. 60769

3

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11 Cases** |
| **CHS FL, LLC,[2]** | **Case No. 2:26-bk-01087-FMR** |
| | **Jointly Administered** |
| **Debtors.** | |

_____/

**WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL**

I, JEFFREY S. AINSWORTH, an attorney qualified and duly admitted to practice in this Court, consent to designation as the local attorney for D. CAMERON MOXLEY of Brown Rudnick, and agrees to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served.

Dated:  May 11, 2026.

_/s/ Jeffrey S. Ainsworth_____
JEFFREY S. AINSWORTH
Florida Bar No. 60769
**Branson Ainsworth PLLC**
1501 E. Concord St.
Orlando, FL  32803
Phone:  407-894-6834
Fax:  407-894-8559
Primary E-mail:  jeff@bransonlaw.com

---

[2] The address of the Lead Debtor is 3347 Tamiami Trail E., Naples, FL 34112. The last four digits of the Debtors' federal tax identification numbers are: (i) CHS FL, LLC (5547); (ii) YesCare Corp. (5961) (iii) CHS TX, Inc. (5886); and (iv) CHS AL, LLC (0801).

**FILER'S ATTESTATION**

Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Jeffrey S. Ainsworth attests that concurrence in the filing of this paper has been obtained.

                                                    */s/ Jeffrey S. Ainsworth*
                                                    JEFFREY S. AINSWORTH
                                                    Florida Bar No. 60769