IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

```
--------------------------------------------------------x
In re                                          :        Chapter 11
                                               :
      CHS FL, LLC, et al.,                     :        Case No. 26-bk-01087
                                               :
                            Debtor.            :        Jointly Administered
                                               :
--------------------------------------------------------x
```

## NOTICE OF A PRELIMINARY HEARING
### [Related to Docket No. 79]

NOTICE IS GIVEN  THAT:

1.  The Honorable Judge Rivera will conduct a preliminary hearing in this case on May 21, 2026 at 10:30am on the following matter:

**City of Philadelphia's Motion to Compel Debtors to Reject Executory Contract Pursuant to Section 365(d)(2)[Docket No. 79]**

2.  The Court will conduct the hearing in person at the located identified in this notice. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attending at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera.  If you are unable to access the Court's website, please contact the Courtroom Deputy at (813)301-5195 no later than 3:00pm one business day before the date of the hearing.

3.  Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.  The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## CERTIFICATE OF SERVICE

I CERTIFY on May 20, 2026, a true and correct copy of the foregoing shall be served via electronic mail: (i) by the Court's CM/ECF Noticing system upon entry to all parties registered for such service in this Case and (ii) all parties appearing on the attached Master Service List.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 20, 2026            By:      */s/ Pamela Elchert Thurmond*
                                         PAMELA ELCHERT THURMOND
                                         Senior Attorney
                                         PA Attorney I.D. 202054
                                         Appearing as a Governmental Attorney
                                         Attorney for the City of Philadelphia
                                         City of Philadelphia Law Department
                                         Municipal Services Building
                                         1401 JFK Boulevard, 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         Email: Pamela.Thurmond@phila.gov