## Exhibit A
### Master Service List

| Description | Creditor | Email | Method of Service |
|---|---|---|---|
| 30 Largest | Alumni Staffing, LLC | jpannucci@alumnihealthcare.com | Email |
| 30 Largest | Bowman & Brooke LLP | adam.masin@bowmanandbrooke.com | Email |
| NID-7510-MSL-2033 | Cameron Regional Medical Center | mcole@spencerfane.com | Email |
| *NOA - Counsel for the City of Philadelphia | City of Philadelphia | Pamela.Thurmond@phila.gov | Email |
| 30 Largest | Clinical Solutions Pharmacy LLC | dave.techman@cspmeds.com | Email |
| NID-7510-MSL-2032 | Curators of the University of Missouri | kane@stuevsiegel.com | Email |
| *NOA - Counsel for Debtor and Debtor in Possession | Dal Lago Law | mike@dallagolaw.com; chaman@dallagolaw.com; fbravo@dallagolaw.com; kim@dallagolaw.com; fvazquez@dallagolaw.com | Email |
| Core Parties | Dal Lago Law | mike@dallagolaw.com | Email |
| Core Parties | Dal Lago Law | chaman@dallagolaw.com | Email |
| NID-7510-MSL-2028 | David Hall | YO@ORSHANLEGAL.COM | Email |
| 30 Largest | Davita | Jeff.Knepper@davita.com | Email |
| 30 Largest | Deandre Alston | emcnelis@emrochandkilduff.com | Email |
| 30 Largest | Garcia Clinical Laboratory, Inc | mgarcia@garcialab.com | Email |
| 30 Largest | Gnp Brokerage Us Inc | Yisroelm@gnpbrokerage.com | Email |
| Core Parties | Goldberg Weprin Finkel Goldstein LLP | knash@gwfglaw.com | Email |
| 30 Largest | Jacob Jung & James Jung | bretgrote@abolitionistlawcenter.org | Email |
| 30 Largest | Kohchise Jackson | larry@lawinannarbor.com | Email |
| 30 Largest | Lakewood Healthcare Assoc, LLC | meski@lakewoodhealthcare.org | Email |
| 30 Largest | Leading Edge | cleger@leadingedgeadmin.com | Email |
| 30 Largest | Manatee Memorial Hospital | steve.krohn@nchmd.org | Email |
| NID-7510-MSL-2031 | Maxim Healthcare Staffing Services, Inc | elindner@bakerdonelson.com | Email |
| 30 Largest | Medline Industries, Inc | hscott@medline.com | Email |
| 30 Largest | Meritus Medical Center Inc | shelby.Boggs@meritushealth.com | Email |
| 30 Largest | Metlife | jason_richter@metlifeservice.com | Email |
| 30 Largest | Mid America Health, Inc | kwalls@mahweb.com | Email |
| *NOA - Office of the United States Trustee | Office of the United States Trustee | Conor.McLaughlin@usdoj.gov; Adisley.M.Cortez-Rodriguez@usdoj.gov | Email |
| Core Parties | Office of the US Trustee | conor.mclaughlin@usdoj.gov | Email |
| *NOA - Counsel for Debtor and Debtor in Possession | Polsinelli PC | tggreen@polsinelli.com | Email |
| *NOA - Counsel for Debtor and Debtor in Possession | Polsinelli PC | jeremy.johnson@polsinelli.com | Email |
| Core Parties | Polsinelli PC | jeremy.johnson@polsinelli.com; tggreen@polsinelli.com | Email |
| NID-7510-MSL-2029 | Saint Alphonsus Health System, Inc | ked@dukeevett.com | Email |
| NID-7510-MSL-2034 | St Luke's Health System, Ltd | wendy.olson@stoel.com | Email |
| NID-7510-MSL-2030 | State Employee Insurance Board | chris.landry@alseib.orp | Email |
| *NOA - Counsel for Tehum Care Services, Inc., by and through Matthew J. Dundon in his capacity as Wind-Down Officer and GUC Trustee | Stinson LLP | marc.weintraub@stinson.com | Email |
| *NOA - Counsel for Tehum Care Services, Inc., by and through Matthew J. Dundon in his capacity as Wind-Down Officer and GUC Trustee | Stinson LLP | nicholas.zluticky@stinson.com; zachary.hemenway@stinson.com | Email |
| Core Parties | Stinson LLP | marc.weintraub@stinson.com | Email |
| Core Parties | Stinson LLP | nicholas.zluticky@stinson.com; zachary.hemenway@stinson.com | Email |
| 30 Largest | Tidalhealth Peninsula Regional | karen.wheeler@tidalhealth.org | Email |
| 30 Largest | Trident, Symphony Diagnostic Svcs No 1 | greg.ward@tridentcare.com | Email |
| 30 Largest | Twin Med, LLC | a.nadler@tuckeralbin.com | Email |
| 30 Largest | University of Alabama | shanonhamilton@uabmc.edu | Email |
| Core Parties | US Trustee for Region 21 | USTP.Region21@usdoj.gov | Email |

CHS FL, LLC, et al., (Case No. 26-01087)