ORDERED.

**Dated:  May 22, 2026**

_____

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

```
---------------------------------------------------------x
In re                                    :        Chapter 11
                                         :
        CHS FL, LLC, et al.,[1]          :        Case No. 2:26-bk-01087-FMR
                                         :        Jointly Administered
                        Debtors.         :
                                         :
---------------------------------------------------------x
```

### ORDER GRANTING, IN PART, MOTION TO COMPEL DEBTORS TO REJECT EXECUTORY CONTRACT PURSUANT TO SECTION 365(d)(2) FILED BY THE CITY OF PHILADELPHIA

**(Related Doc. No. 79)**

THIS CASE came on for hearing on May 21, 2026, at 10:30 a.m. ("***Hearing***") on the

*Motion to Compel Debtors to Reject Executory Contract Pursuant to Section 365(d)(2)* (Doc. No.

79) ("***Motion***") filed by City of Philadelphia ("***City***").  For the reasons stated orally at the Hearing

---

[1] The address of the Lead Debtor is 3347 Tamiami Trail E., Naples, FL 34112.  The last four digits of the Debtors' federal tax identification numbers are: (i) CHS FL, LLC (5547); (ii) YesCare Corp. (5961); (iii) CHS TX, Inc. (5886); and (iv) CHS AL, LLC (0801).

and recorded in open court, which shall constitute the decision of the Court as if fully set forth herein, it is hereby ORDERED that:

1.      The Motion is GRANTED in part to permit the following actions:

   a. On May 25, 2026, the City's new service provider, CFG Health,[2] will transition the Debtors' employees at Philadelphia Department of Prisons' facilities and the Philadelphia Juvenile Justice Services Center to CFG Health's payroll and those transitioned employees will provide services as employees of CFG Health going forward.

   b. The Debtors are authorized to take all reasonable actions necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court, including but not limited to sharing employee information with CFG Health.

2.      Except as noted in paragraph 1 above, the Provider Agreement between the City and the Debtors (collectively, the "***Parties***") will remain in place pending a further order of the Court.

3.      This Court shall hold a continued hearing (the "***Continued Hearing***") on the Motion on June 3, 2026, at 2:30 p.m. in person at Courtroom 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida.  Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera.  If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

4.      Except as otherwise provided herein, the Parties reserve all rights with respect to the Motion.  The Parties further agree the entry of this Order is without prejudice to, and does not constitute a waiver of, expressly or implicitly, or otherwise impair any other rights of the Parties

---

[2] Unless defined herein, all defined terms shall have the meaning ascribed to them as contained in the Motion.

to seek any further or supplemental relief or limit the positions to be taken by the Parties with

respect to a future hearing on the Motion.

Attorney Michael R. Dal Lago, through the Debtors' notice, claims, and solicitation agent, Omni Agent Solutions, Inc., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.