ORDERED.

**Dated:  June 18, 2026**

_____
Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In Re:

CHS FL, LLC, *et al.,*[1]

      Debtor.

_____/

Case No.  2:26-bk-01087-FMR
Chapter 11 Cases
Jointly Administered

**ORDER DENYING EMERGENCY MOTION
TO COMPEL DISCOVERY FROM CHS EMERGENCY GROUP**

THIS CASE came on for consideration of the Emergency Motion to Compel Discovery from CHS Employee Group LLC (Doc. No. 246) filed by the Official Committee of Unsecured Creditors. The motion seeks to compel a response to the subpoena from CHS Employee Group LLC.  But the Committee

---

[1] The address of the Lead Debtor is 3347 Tamiami Trail E., Naples, FL 34112. The last four digits of the Debtors' federal tax identification numbers are: (i) CHS FL, LLC (5547); (ii) CHS TX, Inc. (5886); (iii) CHS AL, LLC (0801); (iv) YesCare Corp. (5961); (v) CHS Care NY, LLC (4573); (vi) Corizon Health of New Mexico, LLC (4760); and (vii) CHS Care TX, LLC (6583).

has not provided any evidence that the motion was served on CHS.  As a result,

the motion must be denied.  Accordingly, it is

ORDERED:

The Motion is DENIED.

Attorney Luis Salazar is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.