

 

T   **STATEMENT OF ACCOUNT**

CHS CARE TX LLC
DEBTOR IN POSSESSION
DIP CASE 2 26 BK 01090
3284 N 29TH CT
HOLLYWOOD FL  33020



| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | May 12 2026-May 31 2026 |
| Cust Ref #: | ███ 3041-██████ |
| Primary Account #: | ████ 3041 |

## Chapter 11 Checking

CHS CARE TX LLC
DEBTOR IN POSSESSION
DIP CASE 2 26 BK 01090

Account # ████ 3041

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 0.02 |
| Deposits | 0.10 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.10 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 20 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | DEPOSIT | 0.10 |
| | Subtotal: | 0.10 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/12 | 0.00 | 05/28 | 0.10 |

**Call 1-888-751-9000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance _____ 0.10

❷ Total Deposits + _____

❸ Sub Total _____

❹ Total Withdrawals - _____

❺ Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# PEAPACK PRIVATE
## Bank & Trust

P.O. Box 700
Bedminster, NJ 07921-0700

**Address Service Requested**

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Date: | 05/29/2026 |
| Primary Account: | XXXXXXXXXXXX9524 |

TN CORRECT HEALTH SERVICES LLC
DEPOSITORY
205 POWELL PL
BRENTWOOD TN 37027-7522

Stay informed.

The Weekly Economic
&
Market Recap

Sign up today.

Visit
peapackprivate.com





OUR MORTGAGE LENDING SOLUTIONS PROVIDE A FULL RANGE OF OPTIONS TO GUIDE YOU THROUGH THE HOME BUYING PROCESS.



## EMPIRE ANALYSIS CHECKING

Coming Soon: Home Delivery for Foreign Currency Orders - Effective May 4, 2026, you will have the added convenience of requesting delivery for your foreign currency orders. In addition to our existing in-branch pickup option, this new service allows you to have orders delivered directly to your home. Please note the following service fees: In-branch pickup: $20 and home delivery: $30.

**ACCOUNT TITLE:**  TN CORRECT HEALTH SERVICES LLC
DEPOSITORY

| | | | | |
|---|---|---|---|---|
| EMPIRE ANALYSIS CHECKING | | | NUMBER OF ENCLOSURES | 0 |
| ACCOUNT NUMBER | | XXXXXXXXXXXX9524 | Statement Dates | 5/01/26 thru 5/31/26 |
| PREVIOUS BALANCE | | 4,116.79 | DAYS IN STATEMENT PERIOD | 31 |
| 22 | DEPOSITS/CREDITS | 3,165,520.77 | AVERAGE LEDGER BALANCE | 209,129.11 |
| 12 | CHECKS/DEBITS | 2,887,459.79 | AVERAGE COLLECTED BAL | 209,129.11 |
| SERVICE CHARGE | | .00 | | |
| INTEREST PAID | | .00 | | |
| CURRENT BALANCE | | 282,177.77 | | |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/01 | EFT PMT CCSO CCD 302191 Yes Care Corp. | 27,690.00 |
| 5/05 | REMOTE DEPOSIT CAPTURE DEPOSIT | 1,859.50 |
| 5/05 | LOCK BOX DEPOSIT | 14.00 |
| 5/06 | EXPENSES LMG LOUISVILLE/J CCD SUPPLIER_CONNEC CHS TX INC | 769.73 |

Contact us at any one of the numbers listed below if you have any questions regarding this statement. Telephone 908-234-0700 (Bergen, NJ), 609-375-2205 or 1-800-742-1373 www.peapackprivate.com

---

### Error Resolution Notice

In case of errors or questions about your electronic transfers, telephone us at 609-234-0700 or address us at 1-800-742-1373, (or write us) as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will tell you the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question.

---

### NOTICE OF ATM/NIGHT DEPOSIT FACILITY USER PRECAUTIONS

As with all transactions and places, please exercise discretion when using an automated teller machine (ATM) or night deposit facility. For your own safety, be careful. The following suggestions may be helpful:

1. Prepare for your transactions at home before you reach the ATM or night deposit facility.

2. Mark each transaction in your account record, but not while at the ATM or night deposit facility.

3. Compare your records with the account statements you receive.

4. Don't lend your ATM card to anyone.

5. Remember, do not leave your card at the ATM. Do not leave any documents at a night deposit facility.

6. Protect the secrecy of your Personal Identification Number (PIN).

7. Prevent others from seeing you enter your PIN by using your body to shield their view.

8. Consider having someone accompany you when you use an ATM or night deposit facility.

9. If you observe any problem, go to another ATM or night deposit facility.

10. When you make a deposit, be ready to make your transactions.

11. When using an ATM at night, be sure the facility is well lighted.

12. Close the door when entering or exiting.

13. Don't accept your cash while still at the ATM.

14. At a drive-up facility, make sure all the car doors are locked.

15. We want the ATM and night deposit facility to be safe and convenient.

Report complaints concerning security aspects of an ATM to Peapack Private Bank & Trust at (908) 234-0700 or the Department of Banking at (973) 262-7272.

---


Member FDIC  EQUAL HOUSING LENDER

GPNJ

## DEPOSITS AND ADDITIONS (cont.)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/06 | ACH NYS OSC CCD AP00096378955 CHS TX INC RMR*IV*Combined for 2 Document s\ | 4,716.86 |
| 5/07 | INVOICE LEON COUNTY SHER CTX | 700.00 |
| 5/07 | EXPENSES LMG LOUISVILLE/J CCD SUPPLIER_CONNEC CHS TX INC | 2,344.04 |
| 5/08 | APEFT CHAR CNTY SHERIF CCD 12522 CHS TX INC | 54,138.52 |
| 5/08 | LOCK BOX DEPOSIT | 69,737.04 |
| 5/12 | ELLIS CTY EllisCounty CCD 2005141 CHS CARE TX, LLC | 350,912.95 |
| 5/12 | LOCK BOX DEPOSIT | 341,548.09 |
| 5/15 | SUPPLIER P DONA ANA COUNTY CCD SUPPLIER_CONNEC CHS TX, INC DBA YESCAR | 708,965.50 |
| 5/18 | Transfer CH x9495 to CH x9524 TMID:e180bcd6-1d7e-4 | 9.48 |
| 5/18 | Transfer CH x9516 to CH x9524 TMID:4c9a3a53-e9c6-4 | 262.85 |
| 5/18 | Transfer CH x9516 to CH x9524 TMID:144291f9-0e9f-4 | 2,195.93 |
| 5/19 | A/P PAYMT POLKCOUNTYDISBUR CCD V#:98277 YESCARE | 1,073,325.94 |
| 5/21 | EOM STATE OF ALABAMA CCD 202605200219080 VS000078155 NTE*EFT260219224 *VS000 078155 *YesCare Corp | 18.00 |
| 5/21 | LOCK BOX DEPOSIT | 244,415.42 |
| 5/22 | EDI PYMNTS Polk County CTX ISA*00* *00* *ZZ*PCBC *ZZ*WELLS FARGO *260521*0739*U*00401* | 75.42 |
| 5/26 | LOCK BOX DEPOSIT | 252,217.67 |
| 5/27 | EOM STATE OF ALABAMA CCD 202605260223848 VS000078155 NTE*EFT260223993 *VS000 078155 *YesCare Corp | 18.00 |
| 5/29 | EXPENSES LMG LOUISVILLE/J CCD SUPPLIER_CONNEC CHS TX INC | 29,585.83 |

## OTHER DEBITS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/01 | Transfer CH x9524 to CH x9516 TMID:7ccb0f62-9e67-4 | 4,116.79- |
| 5/01 | Transfer CH x9524 to CH x9516 TMID:fa6bacb0-e69f-4 | 27,690.00- |
| 5/06 | Transfer CH x9524 to CH x9516 TMID:9758e6c6-a514-4 | 2,643.23- |
| 5/07 | Transfer CH x9524 to CH x9516 TMID:a77f87b2-16b0-4 | 7,060.90- |
| 5/08 | Transfer CH x9524 to CH x9516 TMID:6e1dbd8b-83f2-4 | 700.00- |
| 5/13 | Wire Transfer Debit AMERICAN EXPRESS NY US JP MORGAN CHASE 021000021 AMERICAN EXPRESS PAYMENT For further credit to: Yescare account number 37161518096100 20260513MMQFMP2H04580305131017 FT03 20260513MMQFMPIA000046 | 141,513.74- |
| 5/14 | Wire Transfer Debit FIA CAPITAL PARTNERS LLC FL US JP MORGAN CHASE 267084131 TAX PAYMENT TAX FILING PAYMENT - CHS TX FI LING 20260514MMQFMP2H11251605141602 FT03 20260514MMQFMPIA000371 | 100,000.00- |
| 5/15 | Wire Transfer Debit ADP Client Trust Delaware US FIFTH THIRD BANK 042000314 Payroll REF: obi ref. 24020 Corizon - Purpose: Payroll 20260515D2B74A1C00656905151642 FT03 20260515MMQFMPIA000556 | 40,000.00- |
| 5/15 | Transfer CH x9524 to CH x9532 TMID:53cac106-1d16-4 | 882,000.00- |
| 5/18 | Wire Transfer Debit YES CARE CORP FL US TD BANK 031101266 INTRACOMPANY PAYMENT TRANSFER TO SAME ACCOUNT AT AN OTHER BANK 20260518MMQFMPYQ00431305181124 FT03 20260518MMQFMPIA000110 | 363,993.77- |
| 5/19 | Wire Transfer Debit YES CARE CORP FL US TD BANK 031101266 INTRACOMPANY PAYMENT TRANSFER TO SAME ACCOUNT AT AN OTHER BANK 20260519MMQFMPYQ00242205190946 FT03 20260519MMQFMPIA000047 | 1,073,325.94- |
| 5/26 | Chargeback 48266 | 244,415.42- |

## DAILY BALANCE INFORMATION

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 5/01 | 0.00 | 5/13 | 674,822.86 | 5/22 | 244,771.69 |
| 5/05 | 1,873.50 | 5/14 | 574,822.86 | 5/26 | 252,573.94 |
| 5/06 | 4,716.86 | 5/15 | 361,788.36 | 5/27 | 252,591.94 |
| 5/07 | 700.00 | 5/18 | 262.85 | 5/29 | 282,177.77 |
| 5/08 | 123,875.56 | 5/19 | 262.85 | | |
| 5/12 | 816,336.60 | 5/21 | 244,696.27 | | |

## REWARDS

As of 05/29/2026

1. ATM Fee Rebate of ATM WITHDRAWAL 227 CPS You received $0.00



Delivering customized financial solutions
to our clients since 1921.