UNITED STATES BANKRUPTCY COURT

Middle   DISTRICT OF   Florida

In Re. CHS FL, LLC                                      §          Case No.  26-01087
                                                       §
                                                       §
_____                §          Lead Case No.   26-01087
               Debtor(s)                               §

☒ Jointly Administered

## Corrective Monthly Operating Report                                      Chapter 11

Reporting Period Ended: 05/31/2026                     Petition Date: 05/08/2026

Months Pending: 1                                      Industry Classification: 0

Reporting Method:              Accrual Basis ◯          Cash Basis ⬤

Debtor's Full-Time Employees (current):                0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/David Goldwasser                                    David Goldwasser
Signature of Responsible Party                         Printed Name of Responsible Party

06/22/2026                                             3347 Tamiami Trl E. Naples, FL 34112
Date

                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                     1

Debtor's Name  CHS FL, LLC                                                                Case No.  26-01087

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.    Cash balance beginning of month | $0 | |
| b.    Total receipts (net of transfers between accounts) | $341,548 | $0 |
| c.    Total disbursements (net of transfers between accounts) | $49,681 | $0 |
| d.    Cash balance end of month (a+b-c) | $291,867 | |
| e.    Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.    Total disbursements for quarterly fee calculation (c+e) | $49,681 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.    Accounts receivable (total net of allowance) | $0 |
| b.    Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.    Inventory    (Book ◯    Market ◯    Other ◉    (attach explanation)) | $0 |
| d    Total current assets | $0 |
| e.    Total assets | $0 |
| f.    Postpetition payables (excluding taxes) | $0 |
| g.    Postpetition payables past due (excluding taxes) | $0 |
| h.    Postpetition taxes payable | $0 |
| i.    Postpetition taxes past due | $0 |
| j.    Total postpetition debt (f+h) | $0 |
| k.    Prepetition secured debt | $0 |
| l.    Prepetition priority debt | $0 |
| m.    Prepetition unsecured debt | $0 |
| n.    Total liabilities (debt) (j+k+l+m) | $0 |
| o.    Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.    Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.    Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.    Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.    Gross income/sales (net of returns and allowances) | $0 | |
| b.    Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.    Gross profit (a-b) | $0 | |
| d.    Selling expenses | $0 | |
| e.    General and administrative expenses | $0 | |
| f.    Other expenses | $0 | |
| g.    Depreciation and/or amortization (not included in 4b) | $0 | |
| h.    Interest | $0 | |
| i.    Taxes (local, state, and federal) | $0 | |
| j.    Reorganization items | $0 | |
| k.    Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name CHS FL, LLC

Case No. 26-01087

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name CHS FL, LLC                                     Case No.  26-01087

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name CHS FL, LLC                                                    Case No.  26-01087

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                          5

Debtor's Name  CHS FL, LLC                                          Case No.  26-01087

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                          6

Debtor's Name CHS FL, LLC                                                      Case No. 26-01087

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name CHS FL, LLC                                                       Case No. 26-01087

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ● No ○

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○ No ●

c. Were any payments made to or on behalf of insiders?   Yes ○ No ●

d. Are you current on postpetition tax return filings?   Yes ● No ○

e. Are you current on postpetition estimated tax payments?   Yes ● No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○ No ○ N/A ●

i. Do you have:        Worker's compensation insurance?   Yes ○ No ●

If yes, are your premiums current?   Yes ○ No ● N/A ○ (if no, see Instructions)

Casualty/property insurance?   Yes ○ No ●

If yes, are your premiums current?   Yes ○ No ● N/A ○ (if no, see Instructions)

General liability insurance?   Yes ○ No ●

If yes, are your premiums current?   Yes ○ No ● N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○ No ●

k. Has a disclosure statement been filed with the court?   Yes ○ No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ● No ○

UST Form 11-MOR (12/01/2021)                                        8

Debtor's Name  CHS FL, LLC                                                    Case No.  26-01087

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/David Goldwasser                                          David Goldwasser

Signature of Responsible Party                              Printed Name of Responsible Party

CRO                                                         06/22/2026

Title                                                       Date

Debtor's Name  CHS FL, LLC                                                    Case No.  26-01087


PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name CHS FL, LLC                                                  Case No.  26-01087

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  CHS FL, LLC                                    Case No.  26-01087



PageThree

PageFour

**In Re. CHS FL, LLC**
**Case No. 26-01087**

**Statement Of Cash Receipts And Disbursements**
**May-26**

| | Date | Amount | Decription | Memo | Last 4 of bank account |
|---|---|---|---|---|---|
| **Receipts** | | | | | |
| | 5/12/2026 | $ 341,548.09 | Contract Receivables | Lock Box Deposit | *▮ |
| **Total receipts** | | $ 341,548.09 | | | |
| **Disbursements** | | | | | |
| | 5/27/2026 | $ (49,680.76) | Payroll | Payroll Geneve Consulting | *▮ |
| **Total disbursements** | | (49,680.76) | | | |
| | **Cash Flow:** | **291,867.33** | | | |



 

T  STATEMENT OF ACCOUNT

CHS FL LLC
DEBTOR IN POSSESSION
DIP CASE  2 26 BK 01087
3284 N 29TH CT
HOLLYWOOD FL  33020

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | May 13 2026-May 31 2026 |
| Cust Ref #: | ▇▇▇▇T-### |
| Primary Account #: | ▇▇▇5815 |

## Chapter 11 Checking

CHS FL LLC
DEBTOR IN POSSESSION
DIP CASE  2 26 BK 01087

Account # ▇▇▇▇▇

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 0.02 |
| Deposits | 0.10 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.10 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 19 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | DEPOSIT | 0.10 |
| | Subtotal: | 0.10 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/13 | 0.00 | 05/28 | 0.10 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 0.10 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**PEAPACK PRIVATE**
*Bank & Trust*

P.O. Box 700
Bedminster, NJ 07921-0700

Address Service Requested

TN CORRECT HEALTH SERVICES LLC
DEPOSITORY
205 POWELL PL
BRENTWOOD TN 37027-7522

Stay informed.

The Weekly Economic
&
Market Recap

Sign up today.

Visit
peapackprivate.com



OUR MORTGAGE LENDING SOLUTIONS PROVIDE A FULL RANGE OF OPTIONS TO GUIDE YOU THROUGH THE HOME BUYING PROCESS.



## EMPIRE ANALYSIS CHECKING

Coming Soon: Home Delivery for Foreign Currency Orders - Effective May 4,2026, you will have the added convenience of requesting delivery for your foreign currency orders. In addition to our existing in-branch pickup option, this new service allows you to have orders delivered directly to your home. Please note the following service fees: In-branch pickup: $20 and home delivery: $30.

ACCOUNT TITLE:                 TN CORRECT HEALTH SERVICES LLC
                               DEPOSITORY

| | | | | |
|---|---|---|---|---|
| EMPIRE ANALYSIS CHECKING | | | NUMBER OF ENCLOSURES | 0 |
| ACCOUNT NUMBER | | ███████████ | Statement Dates | 5/01/26 thru 5/31/26 |
| PREVIOUS BALANCE | | 4,116.79 | DAYS IN STATEMENT PERIOD | 31 |
| 22 | DEPOSITS/CREDITS | 3,165,520.77 | AVERAGE LEDGER BALANCE | 209,129.11 |
| 12 | CHECKS/DEBITS | 2,887,459.79 | AVERAGE COLLECTED BAL | 209,129.11 |
| SERVICE CHARGE | | .00 | | |
| INTEREST PAID | | .00 | | |
| CURRENT BALANCE | | 282,177.77 | | |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/01 | EFT PMT CCSO CCD 302191 Yes Care Corp. | 27,690.00 |
| 5/05 | REMOTE DEPOSIT CAPTURE DEPOSIT | 1,859.50 |
| 5/05 | LOCK BOX DEPOSIT | 14.00 |
| 5/06 | EXPENSES LMG LOUISVILLE/J CCD SUPPLIER_CONNEC CHS TX INC | 769.73 |

Contact us at any one of the numbers listed below if you have any questions regarding this statement. Telephone 908-234-0700, toll-free 1-800-772-2275 or 1-877-742-1393 www.peapackprivate.com

### Error Resolution Notice

In case of errors or questions about your electronic transfers, telephone us at 908-234-0700 or toll-free 1-800-772-2275 or write us as soon as you can. If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number (if any)

(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### NOTICE OF ATM/NIGHT DEPOSIT FACILITY USER PRECAUTIONS

As with all financial transactions, please exercise discretion when using an automated teller machine (ATM) or night deposit facility. For your own safety, be careful. The following suggestions may be helpful.

1.  Prepare for your transactions at home (for instance, by filling out a deposit slip) to minimize your time at the ATM or night deposit facility.

2.  Mark each transaction in your account record book promptly at the ATM or night deposit facility. Save all receipts in a safe place. Don't leave them at the ATM or night deposit facility because they may contain important account information.

3.  Compare your records with the account statements you receive.

4.  Don't lend your ATM card to anyone.

5.  Remember, do not leave your card at the ATM. Do not leave any documents at a night deposit facility.

6.  If you lose your ATM card or if it is stolen, promptly notify us. You should also promptly report all crimes to law enforcement officials immediately.

7.  Protect the secrecy of your Personal Identification Number (PIN). Protect your ATM card as though it were cash. Don't tell anyone your PIN. Don't give anyone information regarding your PIN or your account over the telephone. Never enter your PIN in any ATM that does not look genuine, has been modified, has a suspicious device attached, or is operating in a suspicious manner. Don't write your PIN where it can be discovered. For example, don't keep a note of your PIN in your wallet or purse.

8.  Prevent others from seeing you enter your PIN by using your body to shield their view.

9.  Don't accept assistance from anyone you don't know when using an ATM or night deposit facility.

10.  When you make a transaction, be aware of your surroundings. Look out for suspicious activity near the ATM or night deposit facility, particularly if it is after sunset. At night, be sure that the facility (including the parking area and walkway) is well lighted. Consider having someone accompany you when you use the facility, especially after sunset. Defer your transaction if circumstances cause you to be apprehensive for your safety. Don't wait or walk away and use another ATM or night deposit facility.

11.  If you notice anything suspicious or if any other problem arises after you have begun an ATM transaction, you may want to cancel the transaction, pocket your card and leave. You might consider using another ATM or coming back later.

12.  Close the door on any ATM enclosure upon entering.

13.  Don't display your cash; pocket it as soon as the transaction is completed and count the cash later in the safety of your own car, home, or other secure surroundings.

14.  At a drive-up facility, make sure all the car doors are locked and all the windows are rolled up, except the driver's window. Keep the engine running and remain alert to your surroundings.

15.  We want the ATM and night deposit facility to be safe and convenient for you. Therefore, please tell us if you know of any problem with a facility. For instance, let us know if a light is not working or there is any other potential security defect. Please report all crimes to the operator of the facility and to the local law enforcement officials immediately.

If you have any concerns or questions, contact the Peapack Private Bank & Trust Customer Security department at 908-234-0700 or the Department of Banking at 609-292-7272.

Member FDIC

| | |
|---|---|
| Page: | 2 of 3 |
| Statement Date: | 05/29/2026 |
| Primary Account: | ███████████ |

## DEPOSITS AND ADDITIONS (cont.)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/06 | ACH NYS OSC CCD AP00096378955 CHS TX INC RMR*IV*Combined for 2 Document s\ | 4,716.86 |
| 5/07 | INVOICE LEON COUNTY SHER CTX | 700.00 |
| 5/07 | EXPENSES LMG LOUISVILLE/J CCD SUPPLIER_CONNEC CHS TX INC | 2,344.04 |
| 5/08 | APEFT CHAR CNTY SHERIF CCD 12522 CHS TX INC | 54,138.52 |
| 5/08 | LOCK BOX DEPOSIT | 69,737.04 |
| 5/12 | ELLIS CTY EllisCounty CCD 2005141 CHS CARE TX, LLC | 350,912.95 |
| 5/12 | LOCK BOX DEPOSIT | 341,548.09 |
| 5/15 | SUPPLIER P DONA ANA COUNTY CCD SUPPLIER_CONNEC CHS TX, INC DBA YESCAR | 708,965.50 |
| 5/18 | Transfer CH x9495 to CH x9524 TMID:e180bcd6-1d7e-4 | 9.48 |
| 5/18 | Transfer CH x9516 to CH x9524 TMID:4c9a3a53-e9c6-4 | 262.85 |
| 5/18 | Transfer CH x9516 to CH x9524 TMID:144291f9-0e9f-4 | 2,195.93 |
| 5/19 | A/P PAYMT POLKCOUNTYDISBUR CCD V#:98277 YESCARE | 1,073,325.94 |
| 5/21 | EOM STATE OF ALABAMA CCD 202605200219080 VS000078155 NTE*EFT260219224 *VS000 078155 *YesCare Corp | 18.00 |
| 5/21 | LOCK BOX DEPOSIT | 244,415.42 |
| 5/22 | EDI PYMNTS Polk County CTX ISA*00* *00* *ZZ*PCBC *ZZ*WELLS FARGO *260521*0739*U*00401* | 75.42 |
| 5/26 | LOCK BOX DEPOSIT | 252,217.67 |
| 5/27 | EOM STATE OF ALABAMA CCD 202605260223848 VS000078155 NTE*EFT260223993 *VS000 078155 *YesCare Corp | 18.00 |
| 5/29 | EXPENSES LMG LOUISVILLE/J CCD SUPPLIER_CONNEC CHS TX INC | 29,585.83 |

## OTHER DEBITS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/01 | Transfer CH x9524 to CH x9516 TMID:7ccb0f62-9e67-4 | 4,116.79- |
| 5/01 | Transfer CH x9524 to CH x9516 TMID:fa6bacb0-e69f-4 | 27,690.00- |
| 5/06 | Transfer CH x9524 to CH x9516 TMID:9758e6c6-a514-4 | 2,643.23- |
| 5/07 | Transfer CH x9524 to CH x9516 TMID:a77f87b2-16b0-4 | 7,060.90- |
| 5/08 | Transfer CH x9524 to CH x9516 TMID:6e1dbd8b-83f2-4 | 700.00- |
| 5/13 | Wire Transfer Debit AMERICAN EXPRESS NY US JP MORGAN CHASE 021000021 AMERICAN EXPRESS PAYMENT For further credit to: Yescare account number 37161518096100 20260513MMQFMP2H04580305131017 FT03 20260513MMQFMPIA000046 | 141,513.74- |
| 5/14 | Wire Transfer Debit FIA CAPITAL PARTNERS LLC FL US JP MORGAN CHASE 267084131 TAX PAYMENT TAX FILING PAYMENT - CHS TX FI LING 20260514MMQFMP2H11251605141602 FT03 20260514MMQFMPIA000371 | 100,000.00- |
| 5/15 | Wire Transfer Debit ADP Client Trust Delaware US FIFTH THIRD BANK 042000314 Payroll REF: obi ref. 24020 Corizon - Purpose: Payroll 20260515D2B74A1C00656905151642 FT03 20260515MMQFMPIA000556 | 40,000.00- |
| 5/15 | Transfer CH x9524 to CH x9532 TMID:53cac106-1d16-4 | 882,000.00- |
| 5/18 | Wire Transfer Debit YES CARE CORP FL US TD BANK 031101266 INTRACOMPANY PAYMENT TRANSFER TO SAME ACCOUNT AT AN OTHER BANK 20260518MMQFMPYQ00431305181124 FT03 20260518MMQFMPIA000110 | 363,993.77- |
| 5/19 | Wire Transfer Debit YES CARE CORP FL US TD BANK 031101266 INTRACOMPANY PAYMENT TRANSFER TO SAME ACCOUNT AT AN OTHER BANK 20260519MMQFMPYQ00242205190946 FT03 20260519MMQFMPIA000047 | 1,073,325.94- |
| 5/26 | Chargeback 48266 | 244,415.42- |

## DAILY BALANCE INFORMATION

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|--------:|------|--------:|------|--------:|
| 5/01 | 0.00 | 5/13 | 674,822.86 | 5/22 | 244,771.69 |
| 5/05 | 1,873.50 | 5/14 | 574,822.86 | 5/26 | 252,573.94 |
| 5/06 | 4,716.86 | 5/15 | 361,788.36 | 5/27 | 252,591.94 |
| 5/07 | 700.00 | 5/18 | 262.85 | 5/29 | 282,177.77 |
| 5/08 | 123,875.56 | 5/19 | 262.85 | | |
| 5/12 | 816,336.60 | 5/21 | 244,696.27 | | |

## REWARDS

As of 05/29/2026    1. ATM Fee Rebate of ATM WITHDRAWAL 227 CPS You received $0.00



Delivering customized financial solutions
to our clients since 1921.


**PEAPACK PRIVATE**
*Bank & Trust*

P.O. Box 700
Bedminster, NJ 07921-0700

Address Service Requested

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Date: | 05/29/2026 |
| Primary Account: | ███████ |

Stay informed.

The Weekly Economic & Market Recap

Sign up today.

Visit
peapackprivate.com

TN CORRECT HEALTH SERVICES LLC
EMPLOYEE GROUP
205 POWELL PL
BRENTWOOD TN 37027-7522



OUR MORTGAGE LENDING SOLUTIONS PROVIDE A FULL RANGE OF OPTIONS TO GUIDE YOU THROUGH THE HOME BUYING PROCESS.

## EMPIRE ANALYSIS CHECKING

Coming Soon: Home Delivery for Foreign Currency Orders - Effective May 4,2026, you will have the added convenience of requesting delivery for your foreign currency orders. In addition to our existing in-branch pickup option, this new service allows you to have orders delivered directly to your home. Please note the following service fees: In-branch pickup: $20 and home delivery: $30.

ACCOUNT TITLE:        TN CORRECT HEALTH SERVICES LLC
                      EMPLOYEE GROUP

| | | | | |
|---|---|---|---|---|
| EMPIRE ANALYSIS CHECKING | | | NUMBER OF ENCLOSURES | 0 |
| ACCOUNT NUMBER | | ███████ | Statement Dates | 5/01/26 thru 5/31/26 |
| PREVIOUS BALANCE | | 3,538,042.47 | DAYS IN STATEMENT PERIOD | 31 |
| 12 | DEPOSITS/CREDITS | 5,235,429.48 | AVERAGE LEDGER BALANCE | 323,938.75 |
| 23 | CHECKS/DEBITS | 7,927,203.78 | AVERAGE COLLECTED BAL | 323,938.75 |
| SERVICE CHARGE | | .00 | | |
| INTEREST PAID | | .00 | | |
| CURRENT BALANCE | | 846,268.17 | | |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/01 | Wire Transfer Credit SIGMA RM LLC JPMORGAN CHASE BANK 021000021 BPL OF 26/05/01 SHORT TERM LOAN 20260501MMQFMPIA00012405010813 FT03 20260501MMQFMP2L012235 | 39,000.00 |
| 5/01 | Transfer CH x9508 to CH x9532 TMID:a759840a-d17f-4 | 24,000.00 |
| 5/01 | Transfer CH x9516 to CH x9532 TMID:50ed285f-0953-4 | 85,000.00 |

Error Resolution Notice

### NOTICE OF ATM/NIGHT DEPOSIT
### FACILITY USER PRECAUTIONS

Member FDIC
EQUAL HOUSING
LENDER

## DEPOSITS AND ADDITIONS (cont.)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 5/04 | Tibedeau Andrea 01008838 21205230006211 No Account/Unable to Locate Ac | 100.00 |
| 5/04 | Ekunade Victoria 10110401 21205230007105 No Account/Unable to Locate Ac | 1,021.79 |
| 5/05 | Trinco Loretta 10110397 21205230007231 No Account/Unable to Locate Ac | 1,226.29 |
| 5/05 | REFUND CORIZON HEALTH, CCD COR1021 CORIZON HEALTH, INC. | 19.00 |
| 5/15 | Transfer CH x9524 to CH x9532 TMID:53cac106-1d16-4 | 882,000.00 |
| 5/22 | Wire Transfer Credit YESCARE CORP DEBTOR IN POSSESS ION TD BANK, NA 031101266 MAX-01321948 DBA YESCARE SERVICES EMPLOYEE GROUP 20260522MMQFMPIA00021205221130 FT03 20260522MMQFMPYQ003275 | 2,813,020.78 |
| 5/26 | Wire Transfer Credit YESCARE CORP DEBTOR IN POSSESS ION TD BANK, NA 031101266 MAX-01326168 wire payment 20260526MMQFMPIA00037105261632 FT03 20260526MMQFMPYQ007069 | 64,657.40 |
| 5/28 | 800149532 - INTERNAL XFER | 18.38 |
| 5/28 | Wire Transfer Credit YESCARE CORP DEBTOR IN POSSESS ION TD BANK, NA 031101266 MAX-01330045 wire payment 20260528MMQFMPIA00043805281631 FT03 20260528MMQFMPYQ006706 | 1,325,365.84 |

## OTHER DEBITS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 1,333.35- |
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 3,078.51- |
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 3,150.47- |
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 3,191.21- |
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 81,593.70- |
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 226,644.80- |
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 746,433.23- |
| 5/01 | PAYROLL GENEVA CONSULTIN PPD | 1,020,070.50- |
| 5/01 | WIRE TRANSFER DEBIT TREASURY Kronos Saashr Inc Garnishments NJ US JPMORGAN CHASE BANK, NA 021000021 Not Provided 24228943 for 042426 PR Garnish 20260501MMQFMP2H04041005010945 FT03 20260501MMQFMPIA000237 | 14,480.68- |
| 5/01 | WIRE TRANSFER DEBIT TREASURY Kronos Saashr Inc Tax Collect Acct NJ US JPMORGAN CHASE BANK, NA 021000021 Not Provided 24228885 for 042426 PR Taxes 20260501MMQFMP2H039661005010941 FT03 20260501MMQFMPIA000236 | 1,584,187.70- |
| 5/15 | Wire Transfer Debit KRONOS SAASHR, INC. Tax Collec tion Account NJ US JP Morgan Chase 021000021 TAX PAYMENT CHS EMPLOYEE GROUP LLC May 1 2 026 Tax funding 20260515MMQFMP2H04912705151019 FT03 20260515MMQFMPIA000185 | 70.34- |
| 5/15 | Wire Transfer Debit KRONOS SAASHR, INC. Tax Collec tion Account NJ US JP Morgan Chase 021000021 TAX PAYMENT CHS EMPLOYEE GROUP LLC May 1 2 026 Tax funding 20260515MMQFMP2H04794605151016 FT03 20260515MMQFMPIA000181 | 864,242.92- |
| 5/18 | Transfer CH x9532 to CH x9495 TMID:4eb75071-12e6-4 | 102.18- |
| 5/22 | PAYROLL GENEVA CONSULTIN PPD | 27,124.49- |
| 5/22 | PAYROLL GENEVA CONSULTIN PPD | 156,706.35- |
| 5/22 | PAYROLL GENEVA CONSULTIN PPD | 205,777.03- |
| 5/22 | PAYROLL GENEVA CONSULTIN PPD | 534,255.23- |
| 5/22 | PAYROLL GENEVA CONSULTIN PPD | 1,005,223.68- |
| 5/27 | Wire Transfer Debit Schenk and Bruetsch PLC MI US COMERICA BANK 072000096 Retainer for Legal Services Retainer for Legal Services 20260527G1QG990C00182705271548 FT03 20260527MMQFMPIA000324 | 75,000.00- |
| 5/27 | PAYROLL GENEVA CONSULTIN PPD | 49,680.76- |
| 5/28 | PAYROLL GENEVA CONSULTIN PPD | 117,914.42- |
| 5/28 | PAYROLL GENEVA CONSULTIN PPD | 193,336.58- |
| 5/29 | PAYROLL GENEVA CONSULTIN PPD | 1,013,605.65- |

## DAILY BALANCE INFORMATION

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 5/01 | 1,878.32 | 5/18 | 21,829.96 | 5/28 | 1,859,873.82 |
| 5/04 | 3,000.11 | 5/22 | 905,763.96 | 5/29 | 846,268.17 |
| 5/05 | 4,245.40 | 5/26 | 970,421.36 | | |
| 5/15 | 21,932.14 | 5/27 | 845,740.60 | | |

## REWARDS

As of 05/29/2026          1. ATM Fee Rebate of ATM WITHDRAWAL 227 CPS You received
                          $0.00



Delivering customized financial solutions
to our clients since 1921.