ORDERED.

**Dated:  June 23, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                        Chapter 11

CHS FL, LLC, *et al.*[1]                          Case No. 2:26-bk-01087-FMR
                                                              *Jointly Administered*

Debtors.

_____ /

### ORDER GRANTING THE STATUTORY UNSECURED CLAIMHOLDERS' COMMITTEE'S AMENDED EMERGENCY MOTION TO COMPEL DISCOVERY FROM CHS EMPLOYEE GROUP LLC

Upon consideration of *The Statutory Unsecured Claimholders' Committee's Amended Emergency Motion to Compel Discovery from CHS Employee Group LLC* (the "Motion")[2] pursuant to Federal Rule 37, Bankruptcy Rules 7037 and 9006(c), and Local Rule 7026-1, seeking entry of an Order compelling CHS Employee Group LLC to comply with the Subpoena; and all pleadings related thereto; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28

---

[1] The address of the Lead Debtor is 3347 Tamiami Trl E. Naples, FL 34112. The last four digits of the Debtors' federal tax identification numbers are: (i) CHS FL, LLC (5547); (ii) CHS TX, Inc. (5886); (iii) CHS AL, LLC (0801); (iv) YesCare Corp. (5961); (v) CHS Care NY, LLC (4573); (vi) Corizon Health of New Mexico, LLC (4760); and (vii) CHS Care TX, LLC (6583).

[2] Capitalized terms used in this Order shall have the meanings ascribed to them in the Motion.

U.S.C. § 157; and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Committee having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances, and no further notice needing be provided; and the Court having reviewed the Motion and having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby

**ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. CHS Employee Group LLC shall make available to the Committee a corporate designee to sit for a deposition concerning the topics identified in Schedule A to the Subpoena at 10:00 a.m. (ET) on June 26, 2026.

3. CHS Employee Group LLC shall produce all documents in its possession or control that are responsive to the requests identified in Schedule B to the Subpoena by no later than 10:00 a.m. (ET) on June 25, 2026.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

### 

Attorney Luis Salazar is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order

2