

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 06/23/2026 02:00 PM

### COURTROOM   9A

## HONORABLE LUIS RIVERA

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |
| **2:26-bk-01087-FMR** | **11** | **05/08/2026** |

**Chapter 11**

**DEBTOR:**         CHS FL, LLC

**DEBTOR ATTY:**   **James Martin**

**TRUSTEE:**        **NA**

**HEARING:**

Emergency Motion to Compel Discovery From CHS Employee Group, LLC - AMENDED Emergency Motion to Compel Discovery From CHS Employee Group, LLC Filed by Luis Salazar on behalf of Creditor Committee Official Committee of Unsecured Creditors; Doc. # 254
.

**APPEARANCES:**: Adisley Cortez Rodriguez, Sarah Carnes,Jeremy Johnson, Eric Goodman - Live aAPPEARANCES:; Christian Haman, Susanna Deal, Josh Neifeld, Akiko Matsuda, Timeka Mister, John Smith, Gary Lindtner, Kimberly McNeal, Carl Wittenberg, Deanna Haddock, Michael Zimmerman, Nicholas Zluticky, Nicolette Vilmos, Pamela Thur, Ramey Cook, Roza Chervinsky, Trinitee Green - listen only

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Emergency Motion to Compel Discovery From CHS Employee Group, LLC - AMENDED Emergency Motion to Compel Discovery From CHS Employee Group, LLC Filed by Luis Salazar on behalf of Creditor Committee Official Committee of Unsecured Creditors; Doc. # 254-   Granted as modified during open court O/Carnes

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.